IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| WUMEI LIN,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>  Defendants. | Case No. 1:25-cv-12661-MSS<br><br>Honorable Manish S. Shah |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE IDENTIFIED SCHEDULE "A" DEFENDANTS**

  Plaintiff Wumei Lin. ("Plaintiff") hereby moves for entry of Default and Default Judgment against the following Defendants, as identified by Defendant number and name in Schedule A attached below and separately listed in Exhibit "1" to the accompanying Declaration of Joseph W. Droter (the "Droter Decl."). Plaintiff files a Memorandum of Law in support. Plaintiff's Motion for Entry of Default and Default Judgment disposes of the case.

DATED: December 9, 2025          Respectfully Submitted,

                      By: */s/ Joseph W. Droter*
                      Joseph W. Droter (Bar No. 6329630)
                      **BAYRAMOGLU LAW OFFICES LLC**
                      233 S. Wacker Drive, 44th Floor, #57
                      Chicago, IL 60606
                      Tel: (702) 462-5973 | Fax: (702) 553-3404
                      joseph@bayramoglu-legal.com
                      *Attorneys for Plaintiff*

1

MOTION FOR ENTRY OF DEFAULT              Case No. 1:25-cv-12661-MSS
AND DEFAULT JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2025, I electronically filed the foregoing using the electronic case filing system. Notice of this filing is provided to unrepresented parties for whom contact information is listed below and provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and a link to said website in the email provided by third-party, Temu.

                                                By: */s/ Joseph W. Droter*
                                                Joseph W. Droter (Bar No. 6329630)
                                                **BAYRAMOGLU LAW OFFICES LLC**

| Defendant No. | Seller's Name | Seller Email Address |
|---|---|---|
| 1 | HONG KONG MUJUN LIMITED<br>dba<br>Ykrhwox | choumeikulian0807@163.com |
| 2 | Hong Kong Lu Xing Co., Limited<br>dba<br>Pflqltz | gekuaiby4@163.com |
| 3 | Hong Kong Balemei Limited<br>dba<br>SNSJDZV | songwennuantaiyang@hotmail.com |
| 4 | HONG KONG SHENGMIOU LIMITED<br>dba<br>Zaohohn<br>Zekedwl | mubuzhuanjing0807@163.com |
| 5 | HONGKONG BUF AN TECHNOLOGY LIMITED<br>dba<br>Shaofeiyi<br>Danzier | xiayuebubai@outlook.com |
| 6 | HONG KONG HUIXINBA LIMITED<br>dba<br>Vovtujx | xingxingyinyue2024@126.com |
| 7 | HONG KONG Y ALE LIMITED<br>dba<br>zanpyiv | silkenskein@hotmail.com |
| 8 | HONG KONG XINGSHEN LIMITED<br>dba<br>Dfhdjus | zhaimenda@163.com |
| 9 | HONG KONG BA OHU A LIMITED<br>dba<br>iyqtldo | z9234ras@163.com |
| 10 | HONG KONG XUJI LIMITED<br>dba<br>Kszuwhj<br>Pctmfmf | mayachigua@yeah.net |
| 11 | Shenzhenshiyayuefeidianzishangwu Co., Ltd.<br>dba<br>ZASDFGE | wopegv@126.com |
| 12 | Hong Kong Daoshi Limited<br>dba<br>Fsuyhd | ajdhjdhhhhi@163.com |